Case 4:22-cv-00199   Document 40   Filed on 03/04/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID LEE DANIELS, III, § § Plaintiff, § § VS. § PENNYMAC LOAN SERVICES, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00199 |

## **ORDER**

Pending before the Court is Plaintiff's Application for Temporary Restraining Order (Dkt. 4). On March 4, 2022, a hearing was held regarding this application. After careful consideration, the application is **DENIED WITHOUT PREJUDICE**.

The Court has serious concerns regarding its jurisdiction to grant the injunctive relief requested. *See, Campbell v. Wells Fargo, N.A.*, 2011 U.S. Dist. LEXIS 174263, (W.D. Tex. October 18, 2011.) Furthermore, at this time there is not an imminent threat of harm to Plaintiff if relief requested is not granted today. At the hearing, counsel for Defendants Sam Sorour and ZLOS Investment Trust represented to the Court that no eviction of Plaintiff from the property at issue can take place before March 29, 2022.

A preliminary injunction hearing in this matter will be held on **March 25, 2022 at 10:00 a.m** at the U.S. Courthouse, 515 Rusk St, Courtroom 600, Houston, Texas 77002. The parties are to file all briefing regarding Plaintiff's request for preliminary injunction

no later than **March 18, 2022**. The parties' briefing should include a discussion of the Court's jurisdiction to grant the requested relief.

    Signed on March 4, 2022, at Houston, Texas.

*George C. Hanks* (signature)
George C. Hanks, Jr
United States District Judge
