United States District Court
Southern District of Texas
**ENTERED**
June 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID LEE DANIELS, III | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-199 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendant Ginnie Mae's letter requesting a pre-motion conference for leave to file a motion to dismiss. (Dkt. 81). The Court finds that a pre-motion conference is not necessary and grants Defendant Ginnie Mae leave to file its motion to dismiss **on or before June 23, 2022**. Response and reply deadlines will fall according to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas.

Signed on June 9, 2022, at Houston, Texas.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1