David Lee Daniels III

1084 Decker Drive, Fate, Texas [[75189]]

(469)818-4560

ddaniels.science1@gmail.com

Plaintiff/Appellant

Case 4:22-cv-00199 Document 140 Filed on 08/08/23 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED

AUG 0 8 2023

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

-------------------------------------------------x

**DAVID LEE DANIELS, III,**

**Plaintiff,**

                                                     **Civil Action No. 4:22-cv-00199**

**vs.**

**PENNYMAC LOAN SERVICES, LLC, et al.,**

**Defendants.**

-------------------------------------------------x

## NOTICE

Notice to the Courts, Plaintiff/Appellant David Lee Daniels III change of mailing address. Please forward or send all correspondence to 1084 Decker Drive, Fate, Texas [[ 75189 ]]. The said mailing address is Plaintiff/Appellant's best known mailing address.

Genuinely,

Plaintiff, David Lee Daniels: x _____

1084 Decker Drive,

Fate, Texas [[75189]]

(469)818-4560

ddaniels.science1@gmail.com