## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED
October 02, 2023

Nathan Ochsner, Clerk of Court
TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20328   Daniels v. PennyMac Loan Services
                  USDC No. 4:22-CV-199

The court has granted Appellant's motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. David Lee Daniels, III
Mr. Martin M. Hokanson
Mr. Daron L. Janis
Mr. Aaron Gavin McLeod
Mr. Evan A. Moeller
Mr. Nathan Ochsner
Mr. Gregg Sandler Weinberg
Mr. Thomas George Yoxall